# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEW STYLE CORP., | No. 2:20-cv-02581-JAK (SSCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| ALEJANDRO MAYORKAS, Secretary of Homeland Security, *et al.*, | JS-6 |
| Defendant. | |

1

Upon review of the Certified Administrative Record and consideration of the parties' briefs and arguments, the Court concludes that Defendant United States Citizenship and Immigration Services' decision to deny Plaintiff New Style Corp.'s Form I-140 (Immigrant Petition for Alien Worker) was not arbitrary, capricious, an abuse of discretion, unsupported by substantial evidence or otherwise not in accordance with law. Therefore, Plaintiff's Motion for Summary Judgment (Dkt. 19) is denied, and **JUDGMENT IS HEREBY ENTERED** in favor of Defendants.

**IT IS SO ORDERED.**

Dated:  March 21, 2024    _____

John A. Kronstadt

United States District Judge